UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BROWN,

    Plaintiff,

v.                                    Case No. 14-13922

OAKLAND COUNTY JAIL,         HON. TERRENCE G. BERG
                                               HON. R. STEVEN WHALEN

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 34)**

This matter is before the Court on Magistrate Judge R. Steven Whalen's July 24, 2017 Report and Recommendation (Dkt. 34), recommending that Defendant's Motion for Summary Judgment (Dkt. 32) be GRANTED, and Plaintiff's complaint be DISMISSED WITH PREJUDICE.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will

therefore accept the Magistrate's Report and Recommendation of July 24, 2017 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Whalen's Report and Recommendation of July 24, 2017 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED,** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: August 18, 2017　　　　　　　　　　s/Terrence G. Berg
　　　　　　　　　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on August 18, 2017, using the CM/ECF system, which will send notification to all parties.

　　　　　　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　　　　　　Case Manager